CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 8 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL D. DAROCHA,                    )
                                       )
        Plaintiff,                     )       Civil Action No. 7:09CV00137
                                       )
v.                                     )       **FINAL ORDER**
                                       )
FIRST CITIZENS BANK,                   )       By: Hon. Glen E. Conrad
                                       )       United States District Judge
        Defendant.                     )

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that this action shall be and hereby is dismissed without prejudice for lack of subject matter

jurisdiction, pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 12(h)(3) of the Federal Rules of

Civil Procedure.

The Clerk is directed to strike this action from the active docket of the court. The Clerk

is further directed to send a certified copy of this order and the accompanying memorandum

opinion to the plaintiff.

        **ENTER:**      This ___ day of April, 2009.

_____
United States District Judge